IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY PETTY, SR.
and ELIZABETH PETTY,

    Plaintiffs,

v.

PURDUE PHARMA, L.P., PURDUE
PHARMA INC., THE PURDUE
FREDERICK K COMPANY, RICHARD
SACKLER, THE "PREDUE FAMILY,"
SSM HEALTH, RYAN J. QUINT, and
DAVID WOLFE,

    Defendants.

Case No.  20-cv-78-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to prosecute.

/s/
Peter Oppeneer, Clerk of Court

April 8, 2022
Date